16696

BABB v. GREEN, MAYOR, *ET AL.*

(73 S. E. (2d) 699)

*Messrs. Leatherwood, Walker, Todd & Mann,* of Green-ville, *for Appellant*

536

*Mr. Jas. M. Richardson,* of Greenville, *for Respondents,*

538

542

December 19, 1952.

PER CURIAM.

The well-considered judgment of the Circuit Court correctly decides the issues presented by this appeal; it is therefore adopted as the opinion of this Court and will be published.

BAKER, C. J., and STUKES, TAYLOR, and OXNER, JJ., and JAMES B. PRUITT, Acting Associate Justice, concur.